UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM PEREZ,

Defendant.

21 CR 553 (NSR)

RESCHEDULING ORDER

NELSON S. ROMÁN, U.S.D.J.:

In light of a Court scheduling conflict and Defense counsel's request for a brief adjournment to allow time for a resolution of Defendant's state court case, **the IN-PERSON VOSR Conference is rescheduled from September 5, 2025 until September 26, 2025 at 3:15 pm, without objection by the parties, in Courtroom 218**.

Dated: August 26, 2025
White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2025